# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JOHN MALECKI

v.

WORKERS' COMPENSATION APPEAL BOARD (FRANKLIN REGIONAL SCHOOL DISTRICT0

PETITION OF:  FRANKLIN REGIONAL SCHOOL DISTRICT

: No. 127 WAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.